**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INNOVATE 2 CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MOTORSPORT GAMES INC. (f/k/a MOTORSPORT GAMING US LLC); MIKE ZOI; JONATHAN NEW; DMITRY KOZKO; and ALEX ROTHBERT,<br><br>Defendants. | Misc. Case No. __________<br><br>Related to D. Del. Civil Action No. 1:21-00165-SB |

**NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY STEPHENS INC.'S COMPLIANCE WITH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Joshua Luke Rushing, plaintiff INNOVATE 2 Corp. ("Plaintiff"), shall move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, on a date and time as directed by the Court, to enforce the subpoena Plaintiff served on non-party Stephens Inc. ("Stephens") pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), and awarding Plaintiff such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b) of this Court, Stephens' opposition papers, if any, shall be served within fourteen days after service of the instant moving papers, and Plaintiff's reply papers, if any, shall be served within seven days.

Dated: February 21, 2024

HUTH REYNOLDS LLP

By: S/ Joshua Luke Rushing
Joshua Luke Rushing (5564984)
Karl C. Huth (KH 0000)
Matthew J. Reynolds (MR 5740)
41 Cannon Court
Huntington, NY 11743
(202) 420-9628

lrushing@huthreynolds.com
huth@huthreynolds.com
reynolds@huthreynolds.com

*Attorneys for Plaintiff INNOVATE 2 Corp.*

*Certificate of Service*

I hereby certify that I have this day served the Notice of Motion and Motion, the Memorandum of Law, and the Rushing Declaration with attached exhibits upon Defendants and non-party Stephens by emailing copies of those documents to their counsel of record listed below:

George Kostolampros
GKostolampros@Venable.com
Benjamin Horowitz
BEHorowitz@Venable.com
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
202.344.4426

*Counsel for Defendants Motorsport Gaming, Dmitry Kozko, Mike Zoi, Jonathan New, and Alex Rothbert*

Joe Falasco
jfalasco@qgtlaw.com
Quattlebaum, Groomes & Tull PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
501.379.1776

*Counsel for non-party Stephens Inc.*

Dated: February 21, 2024

_/s/ Joshua Luke Rushing
Joshua Luke Rushing
*For Plaintiff INNOVATE 2 Corp*